[No. 3495–1. Division One. April 11, 1977.]

DENA BIDSTRUP, *Appellant*, v. CONVES–CARE,
INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 764640, Horton Smith, J., entered November
25, 1974. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris, C.J., and Swanson, J.


[No. 3616–1. Division One. April 11, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
LEE HOFF, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 65868, Solie M. Ringold, J., entered January
17, 1975. *Affirmed* by unpublished per curiam opinion.


[No. 3695–1. Division One. April 11, 1977.]

CANDACE D. WILLIAMS, ET AL, *Appellants*, v. PUGET
SOUND POWER & LIGHT COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 47775, Marshall Forrest, J., entered
March 7, 1975. *Affirmed* by unpublished per curiam
opinion.